# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Docket No. 3:20-cr-104-FDW |
| v. | ) | |
| **PETER JOSEPH DISTEFANO** | ) | **ORDER** |

Upon consideration of the Motion of the United States of America (Doc. 38), by and through the United States Attorney for the Western District of North Carolina, and upon finding good cause to permit the destruction of the methamphetamine in U.S. Department of Homeland Security HSI Case Number CR13WR19CR0004, FPF Case Number 2019151200061401,

IT IS HEREBY ORDERED that the government is hereby permitted to destroy the aforementioned methamphetamine.

Signed: March 15, 2022

Frank D. Whitney
United States District Judge